[Civil No. 303.   Filed January 30, 1892.]

[29 Pac. 652.]

GEORGE H. BOGAN et al., Plaintiffs and Appellants, v. SALVATOR PIGNATARO, Defendant and Appellee.

1. APPEAL AND ERROR—WHAT APPEALABLE—FINAL JUDGMENTS—ORDER DISSOLVING TEMPORARY INJUNCTION—HISTORY CO. v. DOUGHERTY, POST, P. 387, 29 PAC. 649, CITED AND APPROVED.—This court has jurisdiction on appeals from final judgments, citing *History Co.* v. *Dougherty, supra.* This court has no jurisdiction of an appeal from an order dissolving a temporary injunction; it not being a final judgment.

APPEAL from a judgment of the District Court of the First Judicial District in and for the County of Pima.   R. E. Sloan, Judge.   Dismissed.

The facts are stated in the opinion.

Barnes & Martin, for Appellants.

F. J. Heney, for Appellee.

PER CURIAM.—This is an appeal from an order of the court below, dissolving a temporary restraining order.   In the case of *History Co.* v. *Dougherty, post,* p. 387, 29 Pac. 649, (decided at this term,) we held that this court has appellate jurisdiction in appeals from final judgments.   The order here appealed from is not a final judgment; hence this court has no jurisdiction, and the appeal is dismissed.

Sloan, J., not sitting.